UNITED STATED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RELIASTAR LIFE INSURANCE
COMPANY,

       Plaintiff,

CASE NO. 2:07-CV-1084-

vs.

ROBERT W. CAVINESS, DALLAS
C. CAVINESS, and RHONDA CAVINESS
PIERCE (in her capacity as guardian for
D▮▮▮ C▮▮▮▮, a minor),

       Defendants.

## MOTION TO APPROVE DEPOSIT OF POLICY PROCEEDS

Plaintiff ReliaStar Life Insurance Company ("ReliaStar"), by and through its undersigned counsel, respectfully moves this Court to grant its request to deposit the life insurance policy proceeds at issue (plus interest) into the Court's registry.

The grounds for this Motion include:

1. The named defendants in this action have made competing claims to the proceeds of a group life insurance policy issued by ReliaStar as part of an annuity plan;

2. Given the competing claims, ReliaStar is unable to make payment of the annuity proceeds without subjecting itself to multiple liability;

3. ReliaStar is an innocent, disinterested stakeholder regarding the policy proceeds and claims no beneficial interest in them except for reimbursement of its costs and attorney's fees incurred in bringing this action.

4. None of the competing claimants has answered ReliaStar's Complaint.

Case 2:07-cv-01084-WKW-SRW    Document 2    Filed 12/12/2007    Page 2 of 2

**WHEREFORE**, Plaintiff ReliaStar Life Insurance Company respectfully requests that this Court grant the relief requested in its Complaint, specifically:

1. The Court accept the policy proceeds of the basic life insurance policy, plus interest, into its Registry;

2. That on final hearing, the Court award the proceeds to whomever it deems to be rightfully and legally entitled to the proceeds; and

4. That the Court award ReliaStar such other and further relief as the Court deems just and equitable.

*/s/ George W. Walker*
George W. Walker, III (WAL097)
COUNSEL FOR PLAINTIFF
RELIASTAR LIFE INSURANCE COMPANY

**OF COUNSEL:**

COPELAND, FRANCO, SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347
Tel: (334) 834-1180
Fax: (334) 834-3172
Email: walker@copelandfranco.com

2