IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT W. CAVINESS, DALLAS C. CAVINESS, and RHONDA CAVINESS PIERCE (in her capacity as guardian for D███ C███, a minor),<br><br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:07-CV-1084<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ReliaStar Life Insurance Company, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐   This party is an individual; or

- ☐   This party is a governmental entity; or

- ☐   There is no entities to be reported; or

- ☒   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Lion Connecticut Holdings, Inc. | Parent Company |
| ING America Insurance Holdings, Inc. | Parent Company of Lion Holdings, Inc. |
| ING Insurance International B.V. | Parent Company of ING America Insurance Holdings |
| ING Verzekeringen N.V. | Parent Company of ING Insurance International B.V. |
| ING Group N.V. | Parent Company of ING Verzekeringen N.V. |

12/13/07
Date

/s/ George W. Walker
George W. Walker, III (WAL097)
Copeland, Franco, Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL 36101-0347
334-834-1180

Counsel for ReliaStar Life Insurance Company