IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RELIASTAR LIFE INSURANCE CO., ) | |
| ) | |
| Plaintiff , ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-1084-TFM |
| ) | |
| ROBERT CAVINESS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Pending before the Court is Plaintiff's *Motion to Approve Deposit of Policy Proceeds* (Doc. 2, filed December 12, 2007).  For good cause, it is **ORDERED** the motion (Doc. 2) is **GRANTED**. The Clerk is **DIRECTED** to deposit the funds in the "Commercial Registry."

DONE this 18th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE