| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9845 3054 7529 | A. Received by (Please Print Clearly)<br>Cole Caviness | B. Date of Delivery<br>12/19/07 |
| | C. Signature<br>X Cole Caviness | ☒ Agent<br>☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| 4. Restricted Delivery? (Extra Fee)  ☒ Yes | | |
| 1. Article Addressed to:<br>Robert W. Caviness<br>Rt. 1, Box 132J<br>Alexander City, AL 35010 | **Reference Information**<br><br>5299.003<br><br>U. S. District Court | |

07cv1084 S, C, 2 motion + Conflict Discl.

PS Form 3811, January 2005    Domestic Return Receipt