| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 7160 3901 9845 3054 7536 | A. Received by (Please Print Clearly) <br> Rhonda Caviness Pierce <br> C. Signature <br> x  Rhonda Pierce | B. Date of Delivery <br> 12\19\07 <br> ☐ Agent <br> ☐ Addressee |
| 3. Service Type  **CERTIFIED MAIL** | D. Is delivery address different from item 1? <br> If YES, enter delivery address below: | ☐ Yes <br> ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*    X Yes | | |
| 1. Article Addressed to: <br> Dallas C. Caviness <br> 1554 Sequoia Trail <br> Helena, AL 35080 | **Reference Information** <br><br> 5299.003 <br><br> U. S. District Court | |
| 07cv1084 S,C, 2 motion + Conflict Discl. | | |
| PS Form 3811, January 2005       Domestic Return Receipt | | |