UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RELIASTAR LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2: 07-CV-1084 |
| | ) | |
| ROBERT W. CAVINESS, DALLAS C. CAVINESS, and RHONDA CAVINESS PIERCE (in her capacity as guardian for DEVIN L. CAVINESS, a minor), | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COME NOW, Terrie Scott Biggs of the law firm Capell & Howard, P.C., and Thomas H.

Claunch, III, of the law firm of Harding & Claunch and files this Notice of Appearance as

counsel on behalf of Defendant, Robert W. Caviness.

Respectfully submitted this the 8th day of January, 2008.

s/ Terrie S. Biggs
**TERRIE S. BIGGS (BIG006)**
**THOMAS W. CLAUNCH (CLA038)**
Attorneys for Defendant,
Robert W. Caviness

**Terrie S. Biggs**
**CAPELL & HOWARD, P.C.**
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 241-8291
tsb@chlaw.com

**Thomas H. Claunch, III, Esq.**
**HARDING & CLAUNCH, LLC**
2800 Zelda Road, Suite 100-9
Montgomery, AL 36106
Telephone: (334) 356-6070
Facsimile: (334) 356-6040
tclaunch@knology.net

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 8th, 2007, I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the following:

George Walton Walker, III
Copeland Franco Screws & Gill
Counsel for Plaintiff
P.O. Box 347
Montgomery, Alabama 36101-0347

and by U.S. Mail, postage prepaid and properly addressed, to:

Dallas C. Caviness
1554 Sequoia Trail
Helena, Alabama 35080

Rhonda Caviness Pierce, as Guardian
For Devil L. Caviness, a Minor
1554 Sequoia Trail
Helena, Alabama 35080

/s/Terrie S. Biggs
**TERRIE S. BIGGS (BIG006)**

1111047

2