IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY, ) ) ) | |
| PLAINTIFF, ) ) | CASE NUMBER: 2.07-CV-1084 |
| VS. ) ) | |
| ROBERT W. CAVINESS, DALLAS C. CAVINESS, and RHONDA CAVINESS PIERCE (in her capacity as guardian for DEVIN L. CAVINESS, a minor), ) ) ) ) ) | |
| DEFENDANTS. ) | |

## CONFLICT DISCLOSURE STATEMENT

Come now Dallas C. Caviness and Rhonda Caviness Pierce (in her capacity as guardian for Devin L. Caviness, a minor), Defendants in the above referenced matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]  These parties are individuals, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the parties are hereby reported:

| Reportable Entities | Relationship to Parties |
|---|---|
| None | N/A |

2

Respectfully Submitted,


/s/ John W. Dodson
John W. Dodson
Patrick G. Montgomery
Attorneys for Defendants, Dallas Caviness
and Rhonda Caviness Pierce

Of Counsel:
FERGUSON, FROST & DODSON, LLP
Post Office Box 430189
Birmingham, AL  35243

## CERTIFICATE OF SERVICE

I hereby certify that I have on 9th day of January, 2008, served a copy of the foregoing pleading electronically via CM/ECF system:

George W. Walker, III, Esq.
COPELAND, FRANCO, SCREWS, & GILL
Post Office Box 347
Montgomery, Alabama 36101-0347
Tel: (334) 834-1180
Email: walker@copelandfranco.com

Terrie. S. Biggs, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Tel: (334) 241-8000
tsb@chlaw.com

Thomas H. Claunch, III, Esq.
HARDING & CLAUNCH, LLC
2800 Zelda Road, Suite 100-9
Montgomery Alabama, 36106
Tel: (334) 356-6070
tclaunch@knology.net

/s/ John W. Dodson
OF COUNSEL

158055