UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RELIASTAR LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO.: 2: 07-CV-1084 |
| ROBERT W. CAVINESS, DALLAS C. CAVINESS, and RHONDA CAVINESS PIERCE (in her capacity as guardian for DEVIN L. CAVINESS, a minor), | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW, Defendant, Robert W. Caviness, by and through undersigned counsel, and in accordance with the Order of this court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]   This party is an individual, or

[ ]   This party is a government entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the parties are hereby Reported:

| Reportable Entities | Relationship to Parties |
|---|---|
| None | Defendant, Rhonda Caviness Pierce, former sister-in-law to Defendant, Robert W. Caviness; Defendants, Dallas Caviness and Devin Caviness are nephews to Defendant, Robert W. Caviness |

Respectfully submitted this the 11th day of January, 2008.

/s/ Terrie S. Biggs
**TERRIE S. BIGGS (BIG006)**
**THOMAS W. CLAUNCH (CLA038)**
Attorneys for Defendant,
Robert W. Caviness

**Terrie S. Biggs**
**CAPELL & HOWARD, P.C.**
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 241-8291
tsb@chlaw.com

**Thomas H. Claunch, III, Esq.**
**HARDING & CLAUNCH, LLC**
2800 Zelda Road, Suite 100-9
Montgomery, AL  36106
Telephone: (334) 356-6070
Facsimile: (334) 356-6040
tclaunch@knology.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 11th 2008, I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the following:

George Walton Walker, III
Copeland Franco Screws & Gill
Counsel for Plaintiff
P.O. Box 347
Montgomery, Alabama  36101-0347

Patrick Glenn Montgomery
London & Yancey
Counsel for Defendants, Dallas C. Caviness and
Rhonda Caviness Pierce (in her capacity as guardian for Devin L. Caviness, a minor)
400 Park Place Tower
2001 Park Place
Birmingham, Alabama  35203

John W. Dodson
Ferguson Frost & Dodson, LLP
Counsel for Defendants, Dallas C. Caviness and
Rhonda Caviness Pierce (in her capacity as guardian for Devin L. Caviness, a minor)
PO Box 430189
Birmingham, Alabama  35243-0819

/s/Terrie S. Biggs
**OF COUNSEL**