UNITED STATED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RELIASTAR LIFE INSURANCE
COMPANY,

       Plaintiff,                         CASE NO. 2:07-cv-01084-WKW-SRW

vs.

ROBERT W. CAVINESS, et al.,

       Defendants.

## JOINT STIPULATION OF DISMISSAL

The parties, by and through their respective counsel of record acting with full, complete and express authority, stipulate to the dismissal of all claims asserted or that could have been asserted either by or against Plaintiff ReliaStar Life Insurance Company WITH PREJUDICE, and further stipulate that ReliaStar Life Insurance Company has tendered the full policy proceeds of that certain insurance policy that is the subject of the instant action and that ReliaStar Life Insurance Company has fully performed its obligations thereunder. This stipulation in no way affects or prejudices any claim of any claimant to said insurance proceeds that have been deposited into the registry of this Court.

The parties hereto, through their counsel, have further agreed that Plaintiff ReliaStar Life Insurance Company will be considered to be a party for the limited purpose of the service of any discovery by any claimant upon ReliaStar Life Insurance Company. However, this stipulation is intended to be effective upon filing such that ReliaStar Life Insurance Company shall no longer be a party to this action.

The parties stipulate that the filing fee of this action is to be taxed as costs and shall be immediately reimbursable to ReliaStar Life Insurance Company to its undersigned counsel from the insurance proceeds on deposit in the registry of this Court.

        s/ George W. Walker, III
        George W. Walker, III (WAL097)
        COPELAND, FRANCO, SCREWS & GILL, P.A.
        P. O. Box 347
        Montgomery, AL  36101-0347
        COUNSEL FOR PLAINTIFF
        RELIASTAR LIFE INSURANCE COMPANY

        s/ Terrie Scott Biggs
        Terrie Scott Biggs
        Capell Howard PC
        P. O. Box 2069
        Montgomery, AL  36102-2069
        COUNSEL FOR DEFENDANT
        ROBERT W. CAVINESS

        s/ John W. Dodson
        John W. Dodson
        Ferguson Frost & Dodson LLP
        P. O. Box 430189
        Birmingham, AL  35243-0189
        COUNSEL FOR DEFENDANTS DALLAS C.
        CAVINESS and RHONDA CAVINESS PIERCE