UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )     CASE NO.: 2: 07-CV-1084 ) |
| ROBERT W. CAVINESS, DALLAS C. CAVINESS, and RHONDA CAVINESS PIERCE (in her capacity as guardian for DEVIN L. CAVINESS, a minor), | ) ) ) ) ) ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Robert Caviness, Defendant in the above-styled cause and files this unopposed motion for enlargement of time to respond to motion for summary judgment filed by Dallas C. Caviness and Rhonda Caviness and shows as follows:

1. The Response of Robert Caviness for to Motion for Summary Judgment is currenty due to be filed on July 10, 2008.

2. Over the past two days, the parties have agreed to engage in settlement negotiations in this matter and the related matter (Trustees of the National Elevator Industry Pension Fund, Plaintiff, v. Robert Caviness, Dallas C. Caviness, and Rhonda Caviness Pierce (in her capacity as guardian for DC, a minor), Defendants, case number 2:07-CV-1084).

3. An extension of time will allow the parties the time to attempt to settle this matter without incurring further costs and attorney fees.

4. A fourteen day extension will not prejudice the substantive rights or interests of any litigant, nor will it cause any delay in the adjudication of this matter.

5. This motion is made in good faith and, if granted, could save this Honorable Court and the parties needless time and expense.

6. This motion is made with the consent of opposing counsel.

**WHEREFORE, ABOVE PREMISES CONSIDERED**, Robert W. Caviness respectfully requests this Honorable Court for an extension of fourteen (14) days to file his Response to Motion for Summary Judgment.

Respectfully Submitted,

s/Terrie S. Biggs
**Terrie S. Biggs**

*Attorney for Defendant Robert Caviness*

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 241-8291
tsb@chlaw.com

**Thomas H. Claunch, III, Esq.**
**HARDING & CLAUNCH, LLC**
2800 Zelda Road, Suite 100-9
Montgomery, AL 36106
Telephone: (334) 356-6070
Facsimile: (334) 356-6040
tclaunch@knology.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008 I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the following:

George Walton Walker, III
Copeland Franco Screws & Gill
Counsel for Plaintiff
P.O. Box 347
Montgomery, Alabama  36101-0347
Email: walker@copelandfanco.com

John W. Dodson
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabma 35243-0189

                                                s/ Terrie S. Biggs
                                                OF COUNSEL