**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| DALLAS C. CAVINESS and RHONDA CAVINESS PIERCE, as guardian for D.L.C., )<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. CAVINESS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:07-cv-1084-WKW<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the defendant's Unopposed Motion for Enlargement of Time to Respond to Motion for Summary Judgment (Doc. # 23), it is ORDERED that the motion is GRANTED. The due date for the defendant's response is CONTINUED from July 10, 2008, to **July 24, 2008.**

DONE this 10th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE